PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:22-MC-00035-JLT |
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| APPROXIMATELY $25,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1.  On September 2, 2021, agents with the Federal Bureau of Investigation ("FBI") seized the approximately $25,000.00 in U.S. Currency ("defendant currency"), during execution of a state search warrant at 3770 Buenaventura Drive, in Ceres, California.

2.  FBI commenced administrative forfeiture proceedings, sending direct written notice to all known potential claimants and publishing notice to all others. On December 1, 2021, the FBI received a claim from Jesus Pedro Maldonado Ceja ("Claimant" or "Maldonado Ceja") asserting an ownership interest in the defendant currency.

3.  The United States represents that it could show at a forfeiture trial that since July 2021, law enforcement received intelligence that the social media Instagram page "BossFarmz" was connected to a marijuana grow operation located on California Highway 88 in Stockton, California. Law enforcement searched the Highway 88 location and found many marijuana plants growing in

covered greenhouses on the property. The search also resulted in the identification of ten additional grow locations complete with greenhouse structures, grow fields, and marijuana plants.

4. The United States represents that it could further show at a forfeiture trial that law enforcement launched surveillance on the ten illegal grow locations and observed five vehicles that frequented the sites, including a 2008 Toyota Avalon. One of the identified vehicles, a Ford pickup truck, was registered to one of the suspects operating the grow sites. Surveillance also identified a 2021 Toyota Tacoma driven by an individual associated with the "BossFarmz" Instagram page. Law enforcement received prior anonymous citizen tips stating this individual is known to operate multiple marijuana grow locations in Stockton and Modesto, California. Although the 2021 Toyota Tacoma is registered to an address on Oak Street in Stockton, California, surveillance frequently saw the 2021 Toyota Tacoma parked at the Buenaventura Street address.

5. The United States represents that it could show at a forfeiture trial that surveillance on the Ford and Toyota revealed regular stops at locations on Wolfinger Road and Lower Jones Road in Stockton, California. At the Wolfinger Road location, law enforcement observed marijuana plants growing inside a clear plastic covered greenhouse. At the Lower Jones Road location, surveillance observed 1,000 marijuana plants growing within the cornfields on the property.

6. The United States represents that it could also show that surveillance observed the Ford stop at an agricultural location on Roberts Road in Stockton, California. At this location, law enforcement observed at least 20 acres of hemp plants and suspect the hemp grow is featured on "BossFarmz's" social media.

7. The United States represents that it could show further investigation identified two brothers of the target individual as involved in the marijuana operations, one of whom was identified as residing on Buenaventura Drive in Ceres, California. Surveillance has observed a 2015 Chevrolet Truck registered to Maldonado Ceja parked at the Buenaventura Drive address.

8. The United States can show at a trial that on or about August 17, 2021, law enforcement reviewed DMV records for Maldonado Ceja, which showed that on February 13, 2021, Maldonado Ceja was cited while driving a 2008 Toyota Avalon. Law enforcement recognized the 2008 Toyota Avalon as a vehicle frequenting the Highway 88 marijuana grow site.

9. The United States can show at a forfeiture trial that on September 1, 2021, law enforcement searched the Wolfinger location and arrested several individuals, including Maldonado Ceja.  Maldonado Ceja was charged in Stockton County Superior Court with violations of cultivating marijuana and possession of marijuana for sale, *People v. Jesus Pedro Maldonado Ceja*, Case No. 2022-0004022, which is still pending.

10. The United States can also show at a trial that on September 2, 2021, law enforcement searched the Buenaventura Street address and found $150,832.00 in U.S. Currency, bail bonds paperwork for Maldonado Ceja (for his arrest at the Wolfinger Road the day prior), and a package sent from Plainview, Texas containing cash. The 2016 Toyota Tacoma previously seen a various marijuana grow locations during the investigation was parked at the residence during the September 2nd search.

11. The United States can show that the approximately $150,832.00 in U.S. Currency was found throughout the Buenaventura residence: $24,000.00 in a vacuum-sealed bag in the master bedroom closet; $29,900.00 in the master bedroom closet in a black jacket; $29,000.00 in a plastic storage container in the master bedroom closet; $9,100.00 in the master bedroom closet in a shoe; $28,500.00 in a pair of Ugg boots in the master bedroom; $30,000.00 in a cowboy boot in a secondary bedroom; and smaller denominations in bathrooms and other areas throughout the house.

12. The United States could further show at a forfeiture trial that the defendant currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

13. Without admitting the truth of the factual assertions contained above, Claimant specifically denying the same, and for the purpose of reaching an amicable resolution and compromise of this matter, Claimant agrees that an adequate factual basis exists to support forfeiture of the defendant currency.  Jesus Pedro Maldonado Ceja acknowledged that he is the sole owner of the defendant currency, and that no other person or entity has any legitimate claim of interest therein. Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant currency, Claimant shall hold harmless and indemnify the United States, as set forth below.

14. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

15. This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which the defendant currency was seized.

16. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

2. Upon entry of this Consent Judgment of Forfeiture, $20,000.00 of the defendant Approximately $25,000.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. Upon entry of this Consent Judgment of Forfeiture, but no later than 60 days thereafter, $5,000.00 of the defendant Approximately $25,000.00 in U.S. Currency shall be returned to claimant Jesus Pedro Maldonado Ceja through his attorney Robert Forkner.

4. The United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed.  Claimant waived the provisions of California Civil Code § 1542.

5. No portion of the stipulated settlement, including statements or admissions made therein, shall be admissible in any criminal action pursuant to Rules 408 and 410(a)(4) of the Federal Rules of Evidence.

6. All parties will bear their own costs and attorney's fees.

///

///

///

7. Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described defendant currency.

IT IS SO ORDERED.

Dated:   **April 28, 2023**                                     /s/ Jennifer L. Thurston
                                                                                    UNITED STATES DISTRICT JUDGE